

NUMBER 13-10-00647-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

JOANNE M. OLSON, INDIVIDUALLY
AS WRONGFUL DEATH BENEFICIARY
OF ROBERT D. OLSON, AND AS
REPRESENTATIVE AND EXECUTRIX
OF THE ESTATE OF ROBERT D. OLSON,                    APPELLANT,

v.

VALLEY REGIONAL MEDICAL CENTER
IN ITS ASSUMED OR COMMON NAME;
BROWNSVILLE-VALLEY REGIONAL
MEDICAL CENTER, INC.,
BROWNSVILLE-VALLEY REGIONAL
MEDICAL CENTER, INC., D/B/A VALLEY
REGIONAL MEDICAL CENTER; AND
COLUMBIA VALLEY HEALTHCARE SYSTEM, L.P.,          APPELLEES.

---

On appeal from the 445th District Court
of Cameron County, Texas.

---

# MEMORANDUM OPINION

Before Justices Garza, Vela, and Perkes
Memorandum Opinion Per Curiam

This cause is before the Court on appellees' motion to dismiss appeal for want of prosecution. The appellant's brief in the above cause was due on February 18, 2011. On March 3, 2011, the Clerk of the Court notified appellant that the brief had not been timely filed and that the appeal was subject to dismissal for want of prosecution under Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of receipt of this letter, appellant reasonably explained the failure and the appellee was not significantly injured by the appellant's failure to timely file a brief. To date, no response has been received from appellant.

Appellant has failed to either reasonably explain his failure to file a brief, file a motion for extension of time to file his brief, or file his brief. Accordingly, appellees' motion to dismiss is GRANTED and the appeal is DISMISSED FOR WANT OF PROSECUTION. *See* TEX. R. APP. P. 38.8(a), 42.3(b)(c).

PER CURIAM

Delivered and filed the
14th day of April, 2011.